IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY J. SCOTT GULLO JR.,

      Plaintiff,

                                      Case No.  21-cv-86-bbc

  v.

SAUK COUNTY JAIL MEDICAL,
NURSE CHRIS and DR. HORTON,

      Defendants.

## JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this

case.

| | |
|---|---|
| /s/ | 4/21/2021 |
| Peter Oppeneer, Clerk of Court | Date |